OCTOBER 23, 2012

No. 12A395.  LAIR ET AL. *v.* BULLOCK, ATTORNEY GENERAL OF MONTANA, ET AL.  Application to vacate stay entered by the United States Court of Appeals for the Ninth Circuit on October 16, 2012, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 12A402.  FERGUSON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 12A408.  TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* FERGUSON.  Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on October 23, 2012, presented to JUSTICE THOMAS, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 12–6812 (12A390).  FERGUSON *v.* FLORIDA.  Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application and this petition.

No. 12–6831 (12A398).  FERGUSON *v.* PALMER, WARDEN, ET AL. C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application and this petition.

OCTOBER 25, 2012

No. 12–366.  LANLOGISTICS, CORP. *v.* HOLSTON INVESTMENTS, INC. B. V. I., ET AL.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.1.